# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HAL HANSON, <br><br> Defendant. | CR 19-132-BLG-SPW-01 <br><br><br> ORDER |

IT IS HEREBY ORDERED that the Writ of Habeas Corpus (for prosecution) issued on December 17, 2019 is QUASHED and the arraignment scheduled for January 21, 2020 at 9:00 a.m. is VACATED. The defendant appeared before the court in the Eastern District of Washington under Rule 5 on December 18, 2019, and was detained. An Order of Removal was issued directing the United States Marshal to return the Defendant to the District of Montana. Accordingly, the Writ is no longer necessary. The arraignment will be rescheduled once the Court is advised by the United States Marshal that the Defendant has arrived in the District of Montana.

DATED this 26th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate

1